| | |
|---|---|
| 1 | MCGREGOR SCOTT<br>United States Attorney |
| 2 | MAUREEN E. DOWLING<br>Special Assistant U.S. Attorney |
| 3 | 412 TW/JA<br>1 South Rosamond Blvd. |
| 4 | Edwards AFB, California 93524<br>Phone: (661) 277-4316 / Fax: (661) 277-2887 |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Case No.: 5:18-po-00156 JLT

| UNITED STATES OF AMERICA, | ) | Citation No. 7509898 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| MIGUEL AGUILAR, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through McGregor Scott, United States Attorney, and Maureen E. Dowling, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7509898 against MIGUEL AGUILAR without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 5, 2019

Respectfully Submitted,
McGregor Scott
United States Attorney

By: *[signature]*

Maureen E. Dowling
Special Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED that Citation Number 7509898 against MIGUEL AGUILAR be dismissed without prejudice, in the interest of justice.

Dated: \_\_\_\_March 6\_\_\_, 2019

*Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge